MICHAEL C. KANE. ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
THOMAS N. BECKOM, ESQ.
Nevada Bar No.: 12554
**THE702FIRM**
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone:   (702) 776-3333
Facsimile:   (702) 505-9787
*E-Mail:*   service@the702firm.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMMAD MASRI, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE MARTINI LAS VEGAS, LLC, doing business as BLUE MARTINI, a Domestic Limited Liability Company, inclusive; DOE BLUE MARTINI EMPLOYEES 1 through 30, inclusive; DOE BLUE MARTINI ADMINISTRATORS 31 through 60, inclusive; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER JOSHUA M. ROMANSKI #19414, individually and in his official capacity; OFFICER JOSHUA W. GIESE #9657; individually and in his official capacity; DOE LVMPD OFFICERS 61 through 90, inclusive; DOE LVMPD ADMINISTRATORS 91 through 120, inclusive; RESORTS WORLD LAS VEGAS, LLC, doing business as RESORTS WORLD LAS VEGAS, a Foreign Limited Liability Company, inclusive; DOE RESORTS WORLD SECURITY OFFICERS 121 through 150, inclusive; DOE RESORTS WORLD ADMINISTRATORS 151 through 180, inclusive; and ROE CORPORATIONS 1 through 10, inclusive;<br><br>Defendants. | Case No. : 2:25-cv-00278-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br>**(First Request)** |

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

1

IT IS HEREBY STIPULATED by and between the undersigned counsel that the time for Plaintiff, MOHAMMAD MASRI's to file his Response to Defendant BLUE MARTINI LAS VEGAS, INC. d/b/a BLUE MARTINI's Motion to Dismiss Plaintiff's Causes of Action for Intentional Infliction of Emotional Distress and Negligent Infliction of Emotional Distress Pursuant to FRCP 12(b)(6); and Motion to Strike Plaintiff's Prayer for Punitive Damages Pursuant To FRCP 12(f) be extended to Monday, March 3, 2025.

IT IS ALSO STIPULATED by and between the undersigned counsel that Defendant, BLUE MARTINI LAS VEGAS, INC. d/b/a BLUE MARTINI's Reply to Plaintiff's Response will be due on Monday, March 10, 2025.

This request is not intended to delay this litigation.

**IT IS SO STIPULATED.**

| THE702FIRM | LEWIS BRISBOIS BISGAARD & SMITH |
|---|---|
| Dated this 28th of February, 2025. | Dated this 28th of February, 2025. |
| /s/ Michael Kane | /s/ Micah Mtatabikwa-Walker |
| MICHAEL C. KANE, ESQ. (10096)<br>BRADLEY J. MYERS, ESQ. (8857)<br>THOMAS N. BECKOM, ESQ. (12554)<br>8335 West Flamingo Road<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | JOSH COLE AICKLEN, ESQ. (7254)<br>DAVID B. AVAKIAN, ESQ. (9502)<br>MICAH MTATABIKWA-WALKER (13731)<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant*<br>BLUE MARTINI LAS VEGAS, LLC d/b/a BLUE MARTINI |

**MARQUIS AURBACH**

Dated this 28th of February, 2025.

/s/ Craig Anderson

CRAIG R. ANDERSON, ESQ. (6882)
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*
*LVMPD and Ofc. Joshua W. Giese*

## ORDER

IT IS HEREBY ORDERED that the time for Plaintiff to file his Response to Defendant BLUE MARTINI LAS VEGAS, INC. d/b/a BLUE MARTINI's Motion to Dismiss Plaintiff's Causes of Action for Intentional Infliction of Emotional Distress and Negligent Infliction of Emotional Distress Pursuant to FRCP 12(b)(6); and Motion to Strike Plaintiff's Prayer for Punitive Damages Pursuant To FRCP 12(f) is extended to Monday, March 3, 2025.

IT IS FURTHER ORDERED that Defendant, BLUE MARTINI LAS VEGAS, INC. d/b/a BLUE MARTINI's Reply to Plaintiff's Response is due on Monday, March 10, 2025.

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 3, 2025