# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMMAD MASRI,<br><br>    Plaintiff(s),<br><br>v.<br><br>BLUE MARTINI LAS VEGAS, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00278-APG-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by April 14, 2025.

IT IS SO ORDERED.

Dated: April 7, 2025

Nancy J. Koppe
United States Magistrate Judge

1