Michael A. Royal, Esq.
Nevada Bar No. 4370
Gregory A. Miles, Esq.
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 West Warm Springs Road
Henderson Nevada  89014
Tel:    702-471-6777
Fax:    702-531-6777
Email: mroyal@royalmileslaw.com
*Attorneys for Defendant*
*RESORTS WORLD LAS VEGAS, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMMAD MASRI, individually;<br><br>Plaintiff,<br><br>vs.<br><br>BLUE MARTINI LAS VEGAS, LLC, doing business as BLUE MARTINI, a Domestic Limited Liability Company, inclusive; DOE BLUE MARTINI EMPLOYEES 1 through 30, inclusive; DOE BLUE MARTINI ADMINISTRATORS 31 through 60, inclusive; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICE JOSHUA M. ROMANSKI #19414, individually and in his official capacity; OFFICER JOSHUA W. GIESE #9657; individually and in his official capacity; DOE LVMPD OFFICERS 61 through 90, inclusive; DOE LVMPD ADMINISTRATORS 91 through 120, inclusive; RESORTS WORLD LAS VEGAS, LLC, doing business as RESORTS WORLD LAS VEGAS a Foreign Limited Liability Company, inclusive; DOE RESORTS WORLD SECURITY OFFICERS 121 through 150, inclusive; DOE RESORTS WORLD ADMINISTRATORS 151 through 180, inclusive; and ROE CORPORATIONS 1 through 10, inclusive;<br><br>Defendants. | Case No.:    2:25-cv-00278-APG-NJK<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MOHAMMAD MASRI; and Defendant, RESORTS WORLD LAS VEGAS, LLC, by and through their respective counsel of record, that all of Plaintiff's claims and causes of action against Defendant RESORTS WORLD LAS VEGAS, LLC, in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs. This does not affect Plaintiff's remaining claims against the Defendant Blue Martini or Defendant Las Vegas Metropolitan Police Department.

DATED this 20th day of November, 2025.        DATED this 20th day of November, 2025.

**THE702FIRM**                                                          **ROYAL & MILES LLP**

/s/ Joel S. Hengstler
_____          _____
Joel S. Hengstler, Esq.                                     Michael A. Royal, Esq.
Nevada Bar No. 11597                                    Nevada Bar No. 4370
8335 W. Flamingo Road                                 1522 W. Warm Springs Road
Las Vegas, NV 89147                                      Henderson, NV 89014
*Attorney for Plaintiff*                                       *Attorneys for Defendant*

### ORDER

IT IS SO ORDERED.

Dated: November 21, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE