JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
David.Avakian@lewisbrisbois.com
NATHANIEL T. COLLINS
Nevada Bar No. 15027
Nathaniel.Collins@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Defendant BLUE MARTINI LAS VEGAS, LLC d/b/a BLUE MARTINI

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMMAD MASRI, individually,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE MARTINI LAS VEGAS, LLC, doing business as BLUE MARTINI, a Domestic Limited Liability Company, inclusive; DOE BLUE MARTINI EMPLOYEES 1 through 30, inclusive; DOES BLUE MARTINI ADMINISTRATORS 31 through 60, inclusive; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER JOSHUA M. ROMANSKI #19414, individually and in his official capacity; OFFICER JOSHUA W. GIESE #9657; individually and in his official capacity; DOE LVMPD OFFICERS 61 through 90, inclusive; DOE LVMPD ADMINISTRATORS 91 through 120, inclusive; RESORTS WORLD LAS VEGAS, LLC, doing business as RESORTS WORLD LAS VEGAS, a Foreign Limited Liability Company, inclusive; DOE RESORTS WORLD SECURITY OFFICERS 121 through 150, inclusive; DOE RESORTS WORLD ADMINISTRATORS 151 through 180, inclusive; and ROE CORPORATIONS 1 | Case No.: 2:25-cv-00278-APG-NJK<br><br><br><br>**STIPULATION AND ORDER TO SEVER MATTERS AND REMAND BLUE MARTINI MATTER ONLY TO STATE COURT** |

167519212.1

through 10, inclusive,

    Defendants.

### STIPULATION AND ORDER TO SEVER MATTERS AND REMAND BLUE MARTINI MATTER ONLY TO STATE COURT

Plaintiff MOHAMMAD MASRI ("Plaintiff"), by and through his counsel of record, Joel S. Hengstler, Esq., of THE702FIRM, Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and OFC. JOSHUA W. GIESE (collectively with LAS VEGAS METROPOLITAN POLICE DEPARTMENT as "LVMPD Defendants"), by and through their counsel of record Craig R. Anderson, Esq., and Andrew Douglas Yates, Esq., of MARQUIS AURBACH, and Defendant BLUE MARTINI LAS VEGAS, LLC d/b/a BLUE MARTINI ("Blue Martini"), by and through its counsel of record, Josh Cole Aicklen, Esq., David B. Avakian, Esq., and Nathaniel T. Collins, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and agree to sever matters and remand matters as follows:

IT IS HEREBY STIPULATED AND AGREED that the Plaintiff's claims against LVMPD Defendants and against Blue Martini shall be severed as the injuries allegedly caused by each set of defendants are not related and are separate and distinguishable from each other.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's claims against LVMPD Defendants will remain in Federal Court, continuing with Case Number 2:25-cv-00278-APG-NJK due to 42 U.S.C. § 1983 claims.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's claims against Blue Martini shall be remanded to State Court as there is not complete diversity between the parties and there is no federal question jurisdiction.

IT IS FURTHER STIPULATED AND AGREED that in the matter between Plaintiff and Blue Martini, a supplemental Joint Case Conference Report, which shall govern discovery in the State Court matter, shall be filed in State Court providing new discovery deadlines for that matter within fourteen (14) days of remand.

IT IS FURTHER STIPULATED AND AGREED that in the matter between Plaintiff

and Blue Martini any pending and/or outstanding written discovery responses will be due within thirty (30) days of the filing of the Joint Case Conference Report.

| DATED this 3rd day of December 2025 | DATED this 3rd day of December 2025 |
|---|---|
| THE702FIRM | MARQUIS AURBACH |

/s/ Joel S. Hengstler                          /s/ Andrew Yates
MICHAEL C. KANE, ESQ.              CRAIG R. ANDERSON.
Nevada Bar No.10096                    Nevada Bar No.6882
BRADLEY J. MYERS, ESQ.          ANDREW YATES, ESQ.
Nevada Bar No. 8857                     Nevada Bar No. 17016
JOEL S. HENGSTLER, ESQ.        JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597                    10001 Park Run Drive
8335 W. Flamingo Road                 Las Vegas, NV 89145
Las Vegas, NV 89147                     Attorneys for LVMPD and Ofc. Joshua W. Giese
Attorneys for Plaintiff

DATED this 3rd day of December, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
NATHANIEL T. COLLINS
Nevada Bar No. 15027
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant BLUE MARTINI LAS VEGAS, LLC d/b/a BLUE MARTINI

MASRI v. BLUE MARTINI LAS VEGAS, LLC, et al.
Case No. 2-25-cv-00278-APG-NJK

## ORDER

IT IS HEREBY ORDERED that the Plaintiff MOHAMMAD MASRI's ("Plaintiff") claims against LAS VEGAS METROPOLITAN POLICE DEPARTMENT together with OFC. JOSHUA W. GIESE (collectively with LAS VEGAS METROPOLITAN POLICE DEPARTMENT as "LVMPD Defendants") shall be severed from Plaintiff's claims against BLUE MARTINI LAS VEGAS, LLC d/b/a BLUE MARTINI ("Blue Martini") as the injuries allegedly caused by each set of defendants are not related and are separate and distinguishable from each other.

IT IS FURTHER ORDERED that Plaintiff's claims against LVMPD Defendants will remain in Federal Court, continuing with Case Number 2:25-cv-00278-APG-NJK due to 42 U.S.C. § 1983 claims.

IT IS FURTHER ORDERED that Plaintiff's claims against Blue Martini shall be remanded to State Court as there is not complete diversity between the parties and there is no federal question jurisdiction.

IT IS FURTHER ORDERED that in the matter between Plaintiff and Blue Martini, a supplemental Joint Case Conference Report, which shall govern discovery in the State Court matter, shall be filed in State Court providing new discovery deadlines for that matter within fourteen (14) days of remand.

1  IT IS FURTHER ORDERED that in the matter between Plaintiff and Blue Martini any pending and/or outstanding written discovery responses will be due within thirty (30) days of the filing of the Joint Case Conference Report.

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: <u>December 4, 2025</u>

DATED this 3rd day of December, 2025
Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP


By   /s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
NATHANIEL T. COLLINS
Nevada Bar No. 15027
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant BLUE MARTINI LAS VEGAS, LLC d/b/a BLUE MARTINI

167519212.1                                      5